**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**KENISHA SHANNON**                                                                 **PLAINTIFF**

**VS.**                            **CIVIL ACTION NO.: 3:23-CV-158-NBB-JMV**

**DOC BROWN PIZZA, LLC**                                         **DEFENDANT**

## ORDER STAYING CERTAIN PROCEEDINGS

Local Uniform Civil Rule 16(b)(3)(B) provides that "[f]iling a motion to compel arbitration … stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal." L.U. Civ. R. 16(b)(3)(B) (emphasis added). Because the defendant has moved to dismiss and compel arbitration [7], staying certain proceedings is appropriate at this time.

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED** as aforesaid pending a ruling on the motion. Defendant shall notify the undersigned magistrate judge within seven (7) days of a decision on the motion to compel arbitration and shall submit a proposed order lifting the stay.

**SO ORDERED** this, the 22nd day of June, 2023.

                                                               /s/ Jane M. Virden
                                                           **UNITED STATES MAGISTRATE JUDGE**