IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

KENISHA SHANNON     PLAINTIFF

VS.     CIVIL ACTION NO.: 3:23-cv-158-MPM-JMV

DOC BROWN PIZZA, LLC     DEFENDANT

### ORDER ADOPTING REPORT AND RECOMMENDATIONS

On consideration of the record of this action, the Court finds that the Report and Recommendations [15] of the United States Magistrate Judge dated August 31, 2023, recommended dismissal of the complaint [1] due to failure to respond to this Court's Order [13]; that Plaintiff was granted fourteen days to file objections to the Report and Recommendations; and that to date no objection thereto has been filed or served by any party. The Court is of the opinion that the magistrate judge's Report and Recommendations should be approved and adopted as the opinion of the Court. It is, therefore,

**ORDERED:**

1. That the Report and Recommendation of the United States Magistrate Judge dated August 31, 2023, is hereby approved and adopted as the opinion of the Court;

2. That the Plaintiff's complaint [1] is **DISMISSED**; and

3. That this case is hereby **CLOSED.**

THIS, the 25 day of September, 2023.

U. S. DISTRICT JUDGE